IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARCO MANZANARES AND VIRGINIA MANZANARES §§§ | |
| Plaintiffs, § | C.A. NO. 4:22-cv-1141 |
| § | |
| VS. § | |
| § | |
| SELECT PORTFOLIO SERVICING, INC. AND ATHENE ANNUITY & LIFE ASSURANCE COMPANY §§§ | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Marco and Virginia Manzanares ("Plaintiffs") hereby file this Stipulation of Dismissal without Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and would respectfully show unto the Court as follows:

1. Plaintiffs filed this lawsuit against Defendants, Select Portfolio Servicing, Inc. ("**SPS**") and Athene Annuity & Life Insurance Company ("**Athene**") (collectively referred to herein as "**Defendants**"), in State Court on April 4, 2022. Defendants removed the matter to this Court on April 8, 2022, based on Diversity Jurisdiction.

2. Plaintiffs wish to dismiss all claims against Defendants without prejudice.

3. In conformity with Rule 41(a)(1)(A)(ii), this Stipulation is signed by all parties who have appeared in the action.

4. By this Stipulation, it is hereby stipulated that all claims and causes of action brought by Plaintiffs against Defendants, are dismissed without prejudice to re-filing same or any part thereof.

5. Plaintiffs and Defendants further stipulate that all costs of court, attorney's fees and other costs incurred are to be borne by the party incurring the same.

WHEREFORE, PREMISES CONSIDERED, all claims and causes of action brought by Plaintiffs against Defendants are dismissed without prejudice by stipulation of all parties.

By: /s/ Jason A. LeBoeuf
Jason A. LeBoeuf
Texas State Bar No. 24032662
675 Town Square Blvd., Suite 200
Building 1A
Garland, Texas 75040
214-206-7423 Telephone
214-730-5944 Facsimile
jason@leboeuflawfirm.com

**ATTORNEYS-IN-CHARGE FOR PLAINTIFFS**

By: /s/ Michael F. Hord Jr.
Michael F. Hord, Jr.
Texas Bar No. 00784294
Eric C. Mettenbrink
Texas Bar No. 24043819
HIRSCH & WESTHEIMER, P.C.
1415 Louisiana, 36th Floor
Houston, Texas 77002
(713) 220-9182 Telephone
(713) 223-9319 Facsimile
mhord@hirschwest.com
emettenbrink@hirschwest.com

**ATTORNEYS-IN-CHARGE FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 27th day of April, 2022, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** as follows:

Jason A. LeBoeuf
675 Town Square Blvd., Suite 200
Building 1A
Garland, TX 75040
**Via ECF**

                              /s/ Michael F. Hord Jr.
                              Michael F. Hord Jr.

20060161.20220245/4320468.1